UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING AND<br>SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>PAULSEN v. PFIZER INC., et al.,<br>Docket No. 05-10830-PBS | |

### NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as counsel of record for

defendants, Pfizer Inc., Warner-Lambert Company LLC, Parke-Davis, a Division of Warner-

Lambert Company, and Warner-Lambert Company.

Dated: April 29, 2005

s/Deborah L. MacGregor
Deborah L. MacGregor
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000