CLOSED, ECF, MEMBER, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-08464-JSR

| | |
|---|---|
| Paulsen v. Pfizer, Inc. et al | Date Filed: 10/27/2004 |
| Assigned to: Judge Jed S. Rakoff | Jury Demand: Defendant |
| Related Case: 1:04-cv-07374-JSR | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Case in other court: State Court-Supreme, 109102-04 | Jurisdiction: Federal Question |
| Cause: 28:1441 Notice of Removal | |

**Plaintiff**

**Patti Paulsen**
*as Administratrix of the Estate of Frederic L. Paulsen, deceased*

represented by **Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**
*a division of Warner-Lambert Company and Warner-Lambert Company, LLC*

represented by **James P. Rouhandeh**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik March Zissu**
Davis Polk & Wardwell
450 Lexington Avenue

New York, NY 10017
(212) 450-4511
Fax: 212 450-3511
Email: zissu@dpw.com
*ATTORNEY TO BE NOTICED*

**James E. Murray**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212 450-4000
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company**   represented by   **James E. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik March Zissu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. Rouhandeh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company, LLC**   represented by   **Erik March Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James E. Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Rouhandeh**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2004 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 109102-04. (Filing Fee $ 150.00, Receipt Number 524652).Document filed by Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company, LLC.(gf, ) Additional attachment(s) added on 11/1/2004 (gf, ). (Entered: 10/28/2004) |
| 10/27/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Patti Paulsen.(gf, ) Additional attachment(s) added on 11/1/2004 (gf, ). (Entered: 10/28/2004) |
| 10/27/2004 |  | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:04-cv-7374. (gf, ) (Entered: 10/28/2004) |
| 10/27/2004 |  | Case Designated ECF. (gf, ) (Entered: 10/28/2004) |
| 11/03/2004 | 3 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of Patti Paulsen (Polimeni, Eleanor) (Entered: 11/03/2004) |
| 11/16/2004 | 4 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned no longer assigned to the case. (gf, ) (Entered: 11/19/2004) |
| 11/16/2004 |  | Magistrate Judge Henry B. Pitman is so designated. (gf, ) (Entered: 11/19/2004) |
| 11/16/2004 |  | CASE ACCEPTED AS RELATED TO 1:04-cv-7374. (gf, ) (Entered: 11/19/2004) |
| 11/19/2004 |  | Mailed notice to the attorney(s) of record. (gf, ) (Entered: 11/19/2004) |
| 12/06/2004 |  | ORDER the Court, on its own motion, hereby consolidates these cases 04cv6704, 04cv8464, 04cv8719, 04cv8720, 04cv8721, and 04cv8963, with the earlier cases under the common caption of In re Neurontin, 04 civ. 6704 (JSR). Any party objection to the foregoing consolidation must so notify the Court, in writing, by no |

|  |  |  |
|---|---|---|
|  |  | later than 12/13/04, in which case the Court will then convene a hearing to evaluate any such objection. Failure to raise any objection by December 13 will be deemed a waiver of any such objection. So Ordered. Original filed in case 04cv6704, doc # 11. (Signed by Judge Jed S. Rakoff on 12/6/04) (jco, ) (Entered: 12/07/2004) |
| 03/31/2005 | 5 | ANSWER to Complaint with JURY DEMAND. Document filed by Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company, LLC.(Zissu, Erik) (Entered: 03/31/2005) |
| 05/02/2005 | 6 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action that is an ECF case from the U.S.D.C. (S.D.N.Y) to the United States District Court - District of Massachusetts.(CM/ECF Account information sent along with the certified copy of the docket sheet.(Signed by Judge MDL Panel on 4/20/05) (gf, ) Additional attachment(s) added on 5/5/2005 (gf, ). (Entered: 05/05/2005) |
| 05/02/2005 |  | MDL TRANSFER OUT: Mailed certified copy of the docket sheet along with a CM/ECF account information (that allows the USDC-DMA to access our account to save documents numbered 1-7), to the United States District Court - District of Massachusetts. Mailed via Federal Express AIRBILL # 8434 1350 4781 on 5/5/05. (gf, ) (Entered: 05/05/2005) |
| 05/05/2005 |  | Mailed letter to the United States District Court - District of Massachusetts acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (gf, ) (Entered: 05/05/2005) |

## PACER Service Center

**Transaction Receipt**

05/12/2005 10:29:06

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:04-cv-08464-JSR |
| Billable Pages: | 2 | Cost: | 0.16 |